UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 13-402-MWF(SHx)**                                                    Dated: **December 10, 2013**

Title:    Lehman Brothers Holdings Inc. -v- First Class Funding, Inc.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

PROCEEDINGS (IN CHAMBERS):           COURT ORDER

In light of the Notice of Settlement filed December 10, 2013, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 27, 2014 at 11:30 a.m.**  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                            Initials of Deputy Clerk   rs
CIVIL - GEN