JS-6

Daniel K. Calisher (State Bar No. 181821)
calisher@fostergraham.com
David S. Canter (State Bar No. 144289)
dcanter@fostergraham.com
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810 / Facsimile: 303-333-9786
*Attorneys for Plaintiff Lehman Brothers Holdings, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lehman Brothers Holdings, Inc., ) | CASE NO. 2:13-cv-00402-MWF-SH |
| ) | **Order re:** |
| Plaintiff, ) | **STIPULATION FOR DISMISSAL** |
| ) | **WITHOUT PREJUDICE PURSUANT** |
| v.   ) | **TO F.R.C.P. 41(a)(1)(A)(ii)** |
| ) | |
| First Class Funding, Inc., ) | |
| ) | |
| Defendant.  ) | |
| ) | |

    Plaintiff Lehman Brothers Holdings, Inc. ("Plaintiff") and defendant First Class Funding, Inc. ("Defendant") (collectively "Parties"), by and through their respective undersigned counsel, submit this Stipulation For Dismissal Without Prejudice Pursuant To F.R.C.P. 41(a)(1)(A)(ii) ("Stipulation") as follows.

    1.    Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and the Parties' written Settlement Agreement and Mutual Release ("Agreement"), the Parties hereby stipulate and agree that the captioned case should be, and hereby is, dismissed ***without prejudice***.

-1-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

2. The Parties stipulate this case is subject to re-opening in the event Defendant breaches the Agreement.

3. Except as otherwise provided in the Agreement, the Parties shall bear their own fees and costs incurred in connection with this action, including but not limited to all attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 22nd day of February, 2014.

                FOSTER GRAHAM MILSTEIN
                  & CALISHER, LLP

                *s/ Daniel K. Calisher*
                Daniel K. Calisher
                *Attorneys for Plaintiff*

                LAW OFFICES OF
                  MICHAEL I. SCHILLER

                *s/ Michael I. Schiller*
                Michael I. Schiller
                *Attorneys for Defendant*

**IT IS SO ORDERED.**
**DATED:** February 24, 2014

_____
**UNITED STATES DISTRICT JUDGE**

---

-2-
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)